IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER REID,

    Petitioner,          No. CIV S-09-3400 GEB GGH P

   vs.

JOHN D. HAVILAND, Warden,

    Respondent.          ORDER TO SHOW CAUSE

                                  /

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 16, 2010, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's February 16, 2010, motion to dismiss should not be granted.

DATED: May 10, 2010

                                             /s/ Gregory G. Hollows

                                           UNITED STATES MAGISTRATE JUDGE

GGH:035
reid3400.osc

1